IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :     **Crim. No. 1:19-CR-00225**
:
:
**v.**     :
:
:
**KEVIN BERTRAM**     :     **Judge Sylvia H. Rambo**

## O R D E R

**AND NOW**, this 20th day of October, 2021, upon consideration of Defendant Kevin Bertram's motion to suppress evidence (Doc. 71), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

                                         *s/Sylvia H. Rambo*
                                         SYLVIA H. RAMBO
                                         United States District Judge